1

2

3

4

5          UNITED STATES DISTRICT COURT

6              DISTRICT OF NEVADA

7                    * * *

8   UNITED STATES OF AMERICA,              )
                                           )
9              Plaintiff,                   )
                                           )
10  vs.                                     )        2:10-cr-482-GMN-PAL
                                           )
11  TAVARES CHANDLER,                       )
                                           )
12            Defendant.                    )        **ORDER**
    _____)

13

14        The Court having granted Rachel M. Korenblat and Monique N. Kirtley, Assistant Public

15  Defenders', "Ex Parte Motion to Withdraw and for Appointment of New Counsel" (#52) and good

16  cause appearing;

17        IT IS HEREBY ORDERED that James A. Oronoz, Esq. is appointed as counsel for Tavares

18  Chandler in place of the Federal Public Defenders for all future proceedings.

19        IT IS FURTHER ORDERED that the Federal Public Defenders shall forward the file to

20  Mr. Oronoz  forthwith.

21

22        DATED  this  _____8_____  day of August, 2011.

23

24                                                  _____
                                                    GLORIA M. NAVARRO
25                                                  UNITED STATES DISTRICT  JUDGE

26

27

28