# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> TAVARES CHANDLER, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:10-cr-00482-GMN-PAL <br><br> **ORDER** |

Before the Court is Defendant's request for a payment plan of the court ordered administrative fee of $100.00 (ECF No. 99).  Good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant, Tavares Chandler, shall be allowed to make quarterly payments of $25.00 per quarter until the $100.00 fee is paid in full.  Payments shall commence on January 1, 2013.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail a copy of this Order to the Defendant, as well as to the Bureau of Prisons, together with a copy of the attached request (ECF No. 99).

**DATED** this 3rd day of October, 2012.

_____
Gloria M. Navarro
United States District Judge

Tavaras D Chandler #45463048
United States Penitentiary, Atwater
P.O. Box 19001
Atwater, CA 95301

Re: United States v. Tavares Chandler
Case No. 2:10-cr-482-GMN-PAL

September 19, 2012

Dear Judge Navarro,

On May 31, 2012 you sentenced me to the Bureau of Prisons (BoP) for a term of 235 months and a mandatory penalty assessment of $100, that was required by statute and due immediately. My Judgement of Commitment (JoC) says that the $100 must be paid in one lump sum. Unfortunately, I don't have $100. I do not get money on a regular basis. I have a job here and I only make $18 a month. The standard procedure for the BoP is $25 quarterly incriments. Since I do not have the $100 to pay, when it is time for me to pay it next month it will be in the computer that I refused to pay. I will then only receive $5 a month from my job that only pays $18 a month! I know that the $100 must be paid and I will eventually get it paid off, with your help. I desparately need you to let me pay $25 every quarter, so I can get this paid off.

I send you my appreciation to you in advance for your time, your cooperation, and a prompt response.

Cordially Yours,

Cc. File