UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　)<br>vs. 　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>TAVARES CHANDLER, 　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　)<br>　　　　　　　　　　　　　　　　) | Case No.: 2:10-cr-0482-GMN-PAL<br><br>**ORDER** |

　　　　On January 20, 2016, the Court received a letter from Defendant Tavares D. Chandler that his eyeglasses were broken during transfer to the Nevada Southern Detention Center and his request to see an optometrist was denied. (ECF No. 125).  The Court then filed a Minute Order requesting that Defense Counsel indicate if Defendant's eye problems are interfering with his preparation for resentencing on March 3, 2016. (ECF No. 126).  Defense Counsel filed a Notice on February 5, 2016, stating that "Mr. Chandler submits that without eyeglasses he is unable to read, or do any research regarding his case, which is hindering his ability to prepare for [his] resentencing." (Notice 2:24–26, ECF No. 127).  Defendant has indicated his willingness to pay for his own eyeglasses, but he must have a valid prescription from an optometrist. (*Id.* at 2:21–23).  Accordingly, the Court finds that Defendant must have an appointment with an optometrist in order to fully prepare for his resentencing.

　　　　**IT IS HEREBY ORDERED** that the United States Marshals Service shall promptly make an appointment for Defendant with an optometrist.

　　　　The Clerk of Court shall send a copy of this Order to the United States Marshals Service.

　　　　**DATED** this ___10___ day of February, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court