**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:10-CR-482-GMN-(PAL) |
| TAVARES CHANDLER, | ) ) ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant TAVARES CHANDLER to the criminal offense, forfeiting the property set forth in the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant TAVARES CHANDLER pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 44; Preliminary Order of Forfeiture, ECF No. 47.

This Court finds the United States of America published the notice of forfeiture in accordance with the law on May 28, 2011, June 4, 2011, and June 11, 2011, in the *Las Vegas Review-Journal/Sun*, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 51.

/ / /

/ / /

1    On July 20, 2011, the United States Marshal's Service personally served Jayson Walters with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 55.

On August 3, 2011, the United States filed a proposed Petition, Stipulation for Return of Property as to Jayson Walters and Order. (ECF No. 56).

On August 4, 2011, the Court granted the Petition, Stipulation for Return of Property as to Jayson Walters and Order. (ECF No. 57).

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. an HS Products .40 caliber semi-automatic handgun bearing serial number US258337; and
2. any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this __16__ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE