# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                       Plaintiff,

   v.

Tavares Chandler

                     Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:10-cr-00482-GMN-PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered dismissing action without prejudice.

 

April 10, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk