# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAVARES CHANDLER,<br><br>　　　　　Defendant. | Case No. 2:10-cr-00482-GMN-PAL<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August, 28, 2020 at the hour of 4:00 p.m., be vacated and continued to September 21, 2020 at 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　　DATED this  27  day of August, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3