RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655C
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Tavares Chandler

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>TAVARES CHANDLER,<br><br>             Defendant. | Case No. 2:10-cr-00482-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon F. Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Tavares Chandler, that the Revocation Hearing currently scheduled on August 31, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

     This Stipulation is entered into for the following reasons:

     1.     Mr. Chandler's state court proceedings are still pending, and those proceedings are related to the instant matter. Defense counsel needs time to confer with Mr. Chandler regarding the violations once his state case is complete.

2. Mr. Chandler is in custody and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 27 day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Simon F. Kung*<br>SIMON F. KUNG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>TAVARES CHANDLER,<br><br>          Defendant. | Case No. 2:10-cr-00482-GMN-PAL<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August, 31, 2020 at 9:00 a.m., be vacated and continued to Wednesday, November 4, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

   DATED this 27 day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE